FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JASMINE NOVIKOFF,

                   Plaintiff,

    v.

SPOKANE COUNTY, SPOKANE
VALLEY POLICE DEPARTMENT,
OFFICER CHRISTOFFER
CHRISTENSEN, COMMISSIONER
SWENNUMSON,

                   Defendants.

NO:  2:25-CV-0229-TOR

ORDER OF DISMISSAL

The Court previously issued an Order to Show Cause as to why Plaintiff's case should not be dismissed after failing to file proof of service or otherwise prosecute the case.  ECF No. 4.  Plaintiff filed a response with the Court on March 17, 2026, explaining that she had previously served Defendants prior to removal and attached proof of service documents.  ECF No. 5.  However, it appears from those documents that Plaintiff herself served Defendants which is improper under

ORDER OF DISMISSAL ~ 1

Federal Rule of Civil Procedure 4(c)(2), thus, Defendants were never properly served. Therefore, the Court will dismiss Plaintiff's complaint without prejudice for failing to serve Defendants within 90 days of filing her complaint. Fed. R. Civ. P. 4(m).

**ACCORDINGLY**, **IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order and furnish a copy to Plaintiff.

DATED April 1, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2